| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOSE SANCHEZ-GUZMAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:02-cr-05123 OWW |
| --- | --- | --- |
| | ) | No. 1:05-cr-00064 OWW |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND DISPOSITION AND |
| | ) | ORDER THEREON |
| JOSE SANCHEZ-GUZMAN, | ) | |
| | ) | NOTICE TO COUNSEL: NEW HEARING |
| Defendant. | ) | DATE HAS BEEN CHANGED |
| | ) | |
| | ) | Date: July ~~11~~ 12, 2005 |
| | | Time: 9:00 a.m. ~~1:30 p.m.~~ |
| | | Judge: Honorable Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Jose Sanchez-Guzman, that the date for status conference and disposition in the above-captioned matters may be continued to July 12 ~~11~~, 2005. **The date previously set for status conference in case No. 1:05-cr-00064 OWW, and disposition in case No. 1:02-cr-05123 OWW, is July 5, 2005. The requested new date for both matters is July 11, 2005, at 9:00 a.m. ~~1:30 p.m.~~**

   The reason for this request is that the parties have reached a plea agreement but an additional week is needed for completion of the pre-plea presentence investigation report. Completion of the

1  report will allow the plea and sentencing in case No. 1:05-cr-00064 OWW, and disposition in case No.
2  1:02-cr-05123 OWW, all to occur at the same time.

3      The parties agree that the delay resulting from the continuance shall be excluded in the interests of
4  justice, including but not limited to, the need for the period of time set forth herein for effective defense
5  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                      McGREGOR W. SCOTT
                                                      United States Attorney

<u>AUSA Pansa has approved of her electronic signature being placed here</u>

9  DATED: June 30, 2005                                By  /s/ Marianne A. Pansa
                                                      MARIANNE A. PANSA
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

                                                        QUIN DENVIR
                                                        Federal Public Defender

15  DATED: June 30, 2005                                By  /s/ Eric V. Kersten
                                                      ERIC V. KERSTEN
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     JOSE SANCHEZ-GUZMAN

## <u>O R D E R</u>

21      **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice
22  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

23      DATED: July 6, 2005

                                                       /s/ OLIVER W. WANGER

                                                       OLIVER W. WANGER, Judge
                                                       United States District Court
                                                       Eastern District of California